COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     James P. Burns v. Paul M. Simon, Individually and Brad Livingston,
                         Executive Director of the Texas Department of Criminal Justice-CID

Appellate case number:   01-12-00884-CV

Trial court case number: 69146I

Trial court:             412th Judicial District Court of Brazoria County

     Appellant, James P. Burns, filed an affidavit in the trial court, seeking to establish indigence for costs of appeal. *See* TEX. R.. CIV. P. 20.1. The district clerk has notified the Court that a contest was not filed. *See id.* Accordingly, the allegations in the affidavit are deemed true, and appellant is entitled to proceed on appeal without advance payment of costs. *See id.*

     The Clerk of this Court shall make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

     The clerk's record has been filed.

     The court reporter is ordered to file in this Court, within 30 days of the date of this order and at no cost to appellant, the reporter's record in the appeal, or a notice that no record was taken. *See* TEX. R. APP. P. 20.1, 34.6.

     It is so ORDERED.


Judge's signature: /s/ Laura C. Higley
               ☑ Acting individually    ☐ Acting for the Court


Date: July 12, 2013